KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SING TAK SO,<br><br>            Plaintiff,<br><br>   v.<br><br>DAVID STILL, Director, San Francisco Office of U.S. Citizenship and Immigration Services; and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,<br><br>            Defendants.<br>_____ | No. C 06-3707 SBA<br><br>**STIPULATION TO DISMISS; AND ]<br>ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the adjudication of Plaintiff's adjustment of status application.

    Each of the parties shall bear their own costs and fees.

///

///

///

///

Answer
C06-3707 SBA

1 | Date: August 16, 2006

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

/s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

9 | Date: August 16, 2006

/s/
ROBERT P. GAFFNEY
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8/21/06

*Saundra B Armstrong*
SAUNDRA B. ARMSTRONG
United States District Judge

Answer
C06-3707 SBA           2